**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| WILLIAM R. GEORGE,<br>      Plaintiff, | )<br>)<br>) |
| v. | )<br>)   No. 2:19-cv-00569-GZS |
| YORK COUNTY JAIL, et al., | )<br>) |
|       Defendants | )<br>)<br>) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 21, 2020, his Recommended Decision (ECF No. 6). Plaintiff filed his Objection to the Recommended Decision (ECF No. 8) on February 5, 2020.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. The Plaintiff's proposed amendment would not alter this order.

2. It is **ORDERED** that after a review of Plaintiff's complaint in accordance with 28 U.S.C. §§1915 and 1915A, it is **ORDERED** that the Plaintiff's complaint is hereby **DISMISSED**.

                                                             /s/George Z. Singal
                                                             U.S. District Judge

Dated this 6th day of February, 2020.